## PRUDENCE CAMPBELL *v.* JOHN MYERS.—JAMES H. MYERS, Garnishee.

A garnishee cannot interfere in the controversy between the original parties, nor plead other defences than those necessary to protect himself. No seizure in his hands can be made under the execution against him without notice to the defendant, who must, after notice, oppose the seizure, or lose all recourse against the garnishee for the payment made by him under the order of the court.

APPEAL from the District Court of East Feliciana, *Ratliff,* J. *J. B. & J. J. Smith,* for plaintiff. *Bowman, Hardesty & Kernan,* for garnishee and appellant. *S. E. Hunter,* for John Myers.

BUCHANAN, J. The plaintiff having obtained judgment against defendant, took out a *fi. fa.,* and sued out garnishment process against the appellant, according to the Act of 1839 (Phillips' Revised Statutes, p. 93), accompanied with interrogatories. The garnishee having neglected or evaded answering several of these interrogatories, they were taken for confessed, and judgment was entered up against him for the amount of the plaintiff's judgment against defendant. The garnishee appeals, and urges before this Court the following points for a reversal of the judgment:

1. That there were not proper parties before the court, for the judgment obtained against the defendant.

2. That the petition of garnishment and interrogatories to garnishee, have not disclosed to garnishee the amount of the judgment against the defendant, nor is it disclosed in any other manner.

3. That there was no notice to defendant of the seizure in the hands of garnishee.

Upon the first and third grounds, it is sufficient to say, that the defendant, cited as appellee, appears in this Court, and prays that the judgment of the District Court be affirmed. This is an acknowledgment on his part that the original judgment is correct, and that the proceedings under the *fi. fa.,* so far as defendant is concerned, are regular. 3 An. 380, and cases therein cited.

Upon the second ground, the last interrogatory discloses the amount for .which the plaintiff seeks to hold the garnishee liable. 4 An. 521.

Judgment affirmed, with costs.

. VOORHIES, J., absent.